DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

ORTIZ, MARIA GUADALUPE

          Debtor(s)

Chapter 13
Case No.  10-63368 ASW

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH CERTIFICATE OF SERVICE

341 Meeting: Date: FEBRUARY 14, 2011 @ 3:30 PM
Pre-Hearing Conference Date: APRIL 5, 2011
Pre-Hearing Conference Time: 1:45 PM
Place: 280 S. 1st Street Room 3020
      San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Plan is inconsistent with the Distribution Guidelines for cases filed on or after October 17, 2005.  The Trustee requests that the debtor file an Amended Plan using one of the two plans recommended in the San Jose Division.  In addition, the Amended Plan must be served on all creditors.

2. The Attachment to Schedule J listing the debtor's business expenses has been omitted from the Petition.

Trustee's Objection to Confirmation – 10-63368 ASW

Case: 10-63368    Doc# 26    Filed: 02/11/11    Entered: 02/11/11 16:06:54    Page 1 of 3

3. The debtor has failed to provide the Trustee with a copy of the second page for her 2009 federal income tax return.  The second page was omitted from the tax return sent to the Trustee's office on February 7, 2011.

Dated: February 11, 2011   /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on February 11, 2011.

Said envelopes were addressed as follows:

| | |
|---|---|
| MARIA GUADALUPE ORTIZ<br>1569 PRINCETON DR<br>SAN JOSE CA 95118 | STEBURG LAW FIRM<br>1754 TECHNOLOGY DR #236<br>SAN JOSE CA 95110 |

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation – 10-63368 ASW